# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES SULLIVAN, JR., et al.,** | : | **CIVIL ACTION** |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| **TRUIST BANK, et al.,** | : | **NO. 23-cv-3363** |
| *Defendants*. | : | |

## ORDER

**AND NOW**, this **5th** day of **February 2024**, upon consideration of Defendant Truist Bank's Motion to Dismiss Plaintiffs' Complaint under Fed. R. Civ. P. 12(b)(6), and all responses thereto, it is hereby **ORDERED** and **DECREED** that the motion (ECF No. 13) is **GRANTED**. Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim, for the reasons stated in the Court's Memorandum.

The Clerk of Court is hereby directed to close the above-captioned matter.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**